UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  07-22120-CIV- MCALILEY

FISK ELECTRIC COMPANY,

     Plaintiff,

v.

SOLO CONSTRUCTION CORPORATION

and

LIBERTY MUTUAL INSURANCE COMPANY,

     Defendants.

_____/

## VERDICT FORM

1.   Do you find that Solo Construction Corporation breached its contract with Fisk Electric Company?

    Yes  ✔_____    No _____

    If your answer to this question is yes, please answer question No. 2.

2.   What do you find is the amount of damages sustained by Fisk Electric Company as a result of Solo Construction Corporation's breach of contract?

    $ 964,976.00

3.   Do you find that Liberty Mutual Insurance Company breached the terms of the payment bond?

    Yes  ✔_____    No _____

    If your answer to this question is yes, please answer question No. 4.

4.    What do you find is the amount of damages sustained by Fisk Electric Company as a result of Liberty Mutual Company's breach of its payment bond?

$ 410,989.00

Please have the Foreperson sign and date the verdict form and return it to the Clerk.

Foreperson

06-05-09
Date

2