UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-22120-CIV-MCALILEY
[CONSENT CASE]

FISK ELECTRIC COMPANY,

   Plaintiff,

v.

SOLO CONSTRUCTION
CORPORATION and LIBERTY
MUTUAL INSURANCE COMPANY,

   Defendants.
_____/

## FINAL JUDGMENT

This action was tried before a jury from June 1 through June 5, 2009, and the jury returned its verdict in favor of Plaintiff Fisk Electric Company and against Defendants Solo Construction Corporation, and Liberty Mutual Insurance Company. Therefore, the Court ORDERS that:

Final Judgment is entered in favor of Plaintiff Fisk Electric Company and against Defendant Liberty Mutual Insurance Company in the amount of $410,989.00, plus prejudgment interest from June 7, 2006, at the statutory rate.

Final Judgment is entered in favor of Plaintiff Fisk Electric Company and against Defendant Solo Construction Corporation in the amount of $964,976.00, plus prejudgment interest from August 16, 2007, at the statutory rate.

The judgment shall bear interest as allowed by 28 U.S.C. § 1961 and shall be enforced as prescribed by 28 U.S.C. §§ 2001 *et seq.* and Federal Rule of Civil Procedure 69(a). All pending motions not otherwise ruled on are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida this 12th day of November, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record